IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ROBERT MCCUTCHEON AND ANTONIO TRUITT,<br><br>    Plaintiffs,<br><br>vs.<br><br>DYVIS, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.:<br>3:16-cv-144-TCB<br><br>JURY TRIAL DEMANDED |

### STIPULATED ORDER AND JUDGMENT APPROVING SETTLEMENT AGREEMENT AND RELEASES AS TO PLAINTIFFS MCCUTCHEON AND TRUITT

Before the Court is Plaintiff Robert McCutcheon ("McCutcheon"), Plaintiff Antonio Truitt ("Truitt"), and Defendant Dyvis, Inc.'s ("Dyvis") Joint Motion to Approve Settlement Agreement and Releases as to Plaintiffs McCutcheon and Truitt, Submit Settlement Agreements Under Seal, and Entry of Stipulated Order and Judgment ("Joint Motion"), pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement Agreement and Releases ("Releases") reached separately between (1) McCutcheon and Dyvis and (2) Truitt and Dyvis.

1

Having reviewed the Releases and the pleadings and papers on file in this action, the Court enters this Order approving the Releases.

1. The Court **FINDS** that the proposed Releases are fair and reasonable and satisfy the standard for approval under Section 16(b) of the FLSA, 29 U.S.C. § 216(b);

2. The Court **APPROVES** the Releases, and orders that the settlements be implemented according to the terms and conditions contained therein;

3. THE Court finds that the terms of the Releases are to be kept confidential, and as such, **ORDERS** that the Releases be filed and kept under seal;

4. The Joint Motion is hereby **GRANTED**;

5. Plaintiff McCutcheon and Plaintiff Truitt are hereby **DISMISSED** from the above-captioned action, **WITH PREJUDICE**;

6. The Court retains jurisdiction to enforce this Order; and

7. The Clerk is hereby directed to close this case.

**SO ORDERED** this 30th day of January, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge